# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

FILED'08 NOV 18 15:02 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. CV 08-825 BR |
| Petitioner, | |
| v. | ORDER |
| DON THOMAS McNEILL, | |
| Respondent. | |

Upon the motion of Petitioner United States, this action is dismissed without prejudice.

DATED: 11-18-08

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: November 17, 2008

KARIN J. IMMERGUT
United States Attorney
District of Oregon
Oregon State Bar No. 96314

/s/ Ronald K. Silver
RONALD K. SILVER.
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1044
Facsimile:   (503) 727-1117
ron.silver@usdoj.gov
          Attorneys for Petitioner

**Page 1**      **Order**
          *United States v. McNeill*, CV 08-825 BR